```
                                          FILED

                                       2008 APR 30 PM 4:00

                                     CLERK US DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA

                                   BY_____ jms ____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Criminal Case No. '08 CR 1366 H |
| Plaintiff,   ) | I N D I C T M E N T |
| v.   ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| RICHARD DONALD SCOTT,   ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant.   ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about April 5, 2008, within the Southern District of California, defendant RICHARD DONALD SCOTT did knowingly and intentionally import approximately 37 kilograms (approximately 81.40 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:nlv:San Diego
4/28/08

<pre>
1                          Count 2
2       On or about April 5, 2008, within the Southern District of
3  California, defendant RICHARD DONALD SCOTT did knowingly and
4  intentionally possess, with intent to distribute, approximately
5  37 kilograms (approximately 81.40 pounds) of marijuana, a Schedule I
6  Controlled Substance; in violation of Title 21, United States Code,
7  Section 841(a)(1).
8       DATED: April 30, 2008.
9                                         A TRUE BILL:
10
11                                         _____
                                           Foreperson
12
13 KAREN P. HEWITT
   United States Attorney
14
15 By: _____
       CARLA J. BRESSLER
16     Assistant U.S. Attorney
</pre>