| | |
|---|---|
| 1 | ROBERT E. BOYCE |
| 2 | State Bar No. 79806<br>Boyce & Schaefer |
| 3 | 934 23rd Street<br>San Diego, CA  92102 |
| 4 | 619/232-3320 |
| 5 | Attorney for Defendant<br>RICHARD DONALD SCOTT |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1366-001-H |
|---|---|---|
| Plaintiff, | ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| v. | ) | |
| RICHARD DONALD SCOTT, | ) | |
| Defendant. | ) | |

IT IS HEREBY AGREED between the parties, the plaintiff, United States of America, by and through its counsel, Caroline Han, Assistant United States Attorney, and the defendant, Richard Donald Scott, by and through his attorney, Robert E. Boyce, that the Sentencing Hearing in this case be continued from September 2, 2008, at 9:00 a.m., until November 3, 2008, at 9:00 a.m., before the Honorable Marilyn L. Huff.

THE PARTIES agree time is excludable under the speedy trial act until the acceptance of the plea.  Defendant, Richard Donald Scott, is in custody.

Dated: August 28, 2008                                           Dated: August 28, 2008

/s/ Robert E. Boyce                                                  /s/ Caroline Han
ROBERT E. BOYCE                                                CAROLINE HAN
Attorney for Defendant                                          Assistant United States Attorney
RICHARD DONALD SCOTT                                 Attorney for
                                                                                UNITED STATES OF AMERICA