ROBERT E. BOYCE
State Bar No. 79806
Boyce & Schaefer
934 23rd Street
San Diego, CA  92102
619/232-3320

Attorney for Defendant
RICHARD DONALD SCOTT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1366-001-H |
| Plaintiff, | ) ) ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| v. | ) ) | |
| RICHARD DONALD SCOTT, | ) ) | |
| Defendant. | ) ) | |

    IT IS HEREBY AGREED between the parties, the plaintiff, United States of America, by and through its counsel, Caroline Han, Assistant United States Attorney, and the defendant, Richard Donald Scott, by and through his attorney, Robert E. Boyce, that the Sentencing Hearing in this case be continued from September 2, 2008, at 9:00 a.m., until November 3, 2008, at 9:00 a.m., before the Honorable Marilyn L. Huff.

    THE PARTIES agree time is excludable under the speedy trial act until the acceptance of the plea.  Defendant, Richard Donald Scott, is in custody.

Dated: August 28, 2008                       Dated: August 28, 2008

/s/ Robert E. Boyce                      /s/ Caroline Han
ROBERT E. BOYCE                   CAROLINE HAN
Attorney for Defendant                Assistant United States Attorney
RICHARD DONALD SCOTT        Attorney for
                                                   UNITED STATES OF AMERICA