|   |   |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR1366-01-H |
| Plaintiff, |   |
| v. | PROOF OF SERVICE |
| RICHARD DONALD SCOTT, |   |
| Defendant. |   |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

I, the undersigned, say:

That I am over eighteen years of age, a resident of the County of San Diego, State of California; that my business address is 934 23rd Street, San Diego, California, 92102; and that I have caused service of the

**JOINT MOTION TO CONTINUE SENTENCING HEARING**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Caroline Han, Esq.
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California, 92101

I certify that I have caused the foregoing to be served by way of facsimile to the following non-ECF participants on this case:

the last know address, at which place there is delivery service of mail from the United States Postal Service.

I certify under penalty of perjury that the foregoing is true and correct. Executed August 28, 2008, at San Diego, California.

/s/ Robert E. Boyce
ROBERT E. BOYCE