**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>**RICHARD DONALD SCOTT**,<br><br>    Defendant.<br>_____ | CASE NO. 08CR1366-001-H<br><br>**ORDER CONTINUING SENTENCING HEARING** |

FOR GOOD CAUSE, the parties' joint motion to continue the sentencing hearing presently set for September 2, 2008, at 9:00 a.m., is hereby GRANTED. The sentencing hearing shall be held on **November 3, 2008, at 9:00 a.m.**, before the Honorable Marilyn L. Huff.

The court finds that defendant, Richard Donald Scott, is in custody and that time is excludable under the Speedy Trial Act until the acceptance of the plea.

**IT IS SO ORDERED:**

Dated: August 28, 2008

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT COURT JUDGE